CARLEY, Respondent, v. TOD et al., Appellants. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by Francis D. Carley against J. Kennedy Tod. From an order directing the examination of Wilbur K. Mathews and another in proceedings supplementary to execution, they appeal. Affirmed. Richard F. Goldsboro (John J. Lordan, on the brief), for appellants. Charles D. Cleveland, for respondent judgment creditor.

PER CURIAM. For the reasons given in Carley v. Tod (decided herewith) 67 N. Y. Supp. 640, the order appealed from is affirmed, with $10 costs and disbursements.

CARLIN, Respondent, v. VAN CLIEF et al., Appellants. (Supreme Court, Appellate Term. January 2, 1901.) Action by Luke Carlin against Jacob Van Clief and others. From a judgment for plaintiff, defendants appeal. Affirmed. L. Sanders, for appellants. J. E. Smith, for respondent.

PER CURIAM. Judgment affirmed, with costs.

CARTER, Appellant, v. FAUCETT, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 20, 1900.) Action by Samuel A. Carter against James Faucett. No opinion. Judgment and order affirmed, with costs.

CASLER, Appellant, v. CITY OF LITTLE FALLS, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) Action by Jacob Casler against the city of Little Falls No opinion. Judgment affirmed, with costs.

CHAMBERLAIN, Appellant, v. NESTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 27, 1900.) Action by Nellie E. Chamberlain, as administratrix, against Samuel K. Nester. No opinion. Motion for reargument denied, with $10 costs.

In re CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) In the matter of the application of the city of Buffalo to open Delevan avenue across the track, etc., of the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to the court of appeals granted. See 66 N. Y. Supp. 1128.

CITY OF BUFFALO, Respondent, v. UNION IRON WORKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) Action by the city of Buffalo against the Union Iron Works, Buffalo, N. Y.

PER CURIAM. Judgment of municipal court reversed, with costs. Held, that the lever men were not "engineers operating steam engines or boilers," within the meaning of the ordinances and the provision of the charter under which the ordinances were passed.

CITY OF NEW YORK v. LOW'S ESTATE. (Supreme Court, Appellate Division, First De-partment. November 16, 1900.) Action by the city of New York against the estate of N. Low. No opinion. Motion granted, with $10 costs.

CLAIBORNE, Appellant, v. SCHATZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Richard Claiborne against Adam E. Schatz, impleaded, etc. No opinion. Judgment affirmed, with costs. All concur, except BARTLETT, J., absent.

In re CLARKE. (Supreme Court, Appellate Division, First Department. November 9, 1900.) In the matter of David Clarke, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

COBIN, Respondent, v. BLASDELL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by John Cobin against Heman M. Blasdell and another.

PER CURIAM. Judgment of county court and of justice's court reversed, with costs, upon the ground that the errors committed by the justice in excluding evidence, offered upon the part of the defendant and objected to upon the part of the plaintiff, were of such a nature as to call for a reversal of the judgments.

COHEN v. NEW YORK EL. RY. CO. (Supreme Court, Appellate Division, First Department. November 16, 1900.) Action by Mary V. Cohen against the New York Elevated Railway Company.

PER CURIAM. On payment of $10 costs, motion granted, on defendants stipulating that the case, when amended, be resubmitted to the judges to whom the case was submitted on October 18, 1900. See 67 N. Y. Supp. 752.

COLTON, Appellant, v. PRESIDENT, etc., OF MANHATTAN BANK et al., Respondents. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Charles W. Colton against the President, etc., of Manhattan Bank and others. A. W. Otis, for appellant. J. L. Hill, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

CONDON, Appellant, v. MILLS, Respondent. (Supreme Court, Appellate Term. January 2, 1901.) Action by William H. Condon against Darius O. Mills. From a judgment in favor of defendant, plaintiff appeals. Affirmed. W. H. Condon, for appellant.

PER CURIAM. Judgment affirmed, with costs.

COOK, Appellant, v. PERSONS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 10, 1900.) Action by Pierre F. Cook, as trustee, etc., against Henry H. Persons and another, as receivers, etc. No opinion. Judgment and order affirmed, with costs.

CORNELL, Respondent, v. VILLAGE OF SARATOGA SPRINGS, Appellant. (Supreme